**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS |
| | UNDER CHAPTER 13 |
| RICHARD C ARNONE, | |
| | CASE NO. 19-02465 |
| DEBTOR | JUDGE: Schmetterer, |

**NOTICE OF MOTION**

**Notified via Electronic Filing**

U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
Xiaoming Wu, Ledford, Wu & Borges, LLC, 105 W. Madison, 23rd Floor, Chicago, IL 60602

**Notified via US Postal Service**

Richard C Arnone, 1974 Nimitz Drive, Des Plaines, IL 60018

 Please take notice that on the 30th day of October, 2019, at the hour of 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jack Schmetterer, Courtroom 682 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on October 22, 2019, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,


/s/ Michael J. Kalkowski
Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090109

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS |
| | UNDER CHAPTER 13 |
| RICHARD C ARNONE, | |
| | NO. 19-02465 |
| DEBTOR | JUDGE: Schmetterer, |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE
DISMISSAL OF THE CASE

NOW COMES the Movant, Wells Fargo Bank, N.A., by and through its attorneys,

Shapiro Kreisman & Associates, LLC, and states as follows:

1. On January 29, 2019, the above-named Debtor filed a Petition pursuant to 11

USC § 1301, et. seq. and a Plan which was confirmed on March 20, 2019.

2. A material term of said plan called for the Debtor to make post-petition monthly

mortgage payments directly to the Movant commencing with the installment that came

due on February 1, 2019.

3. Notwithstanding said material term, as of October 11, 2019, said post-petition

mortgage payments are in default in the amount of $4,855.79:

| | | |
|---|---|---|
| 8/1/2019 - 10/1/2019 monthly payments at $1,931.66 each | = $ | 5,794.98 |
| Suspense balance | = $ | (939.19) |
| | | |
| TOTAL | = $ | 4,855.79 |

4.       By failing to make current mortgage payments, the Debtor has failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.       Debtor executed a promissory note secured by a mortgage or deed of trust.  The promissory note is either payable to Movant or has been duly endorsed.  Movant, directly or through an agent, has possession of the promissory note.  Movant is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

6.       That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.       Upon information and belief, an additional lien exists in the amount of $8,855.00.

8.       This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

9.       For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Wells Fargo Bank, N.A., moves this Honorable Court to modify the automatic stay to allow Wells Fargo Bank, N.A. to foreclose the mortgage on the property located at: 1974 Nimitz Drive, Des Plaines, IL 60018 or to take action, with respect to this real property, as set forth under applicable non-bankruptcy options, such as modification, short sale, and other loss mitigation options; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be withdrawn for purposes of these proceedings only and that Federal

Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

_/s/ Michael J. Kalkowski_____
Attorney for Wells Fargo Bank, N.A.

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090109

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**